**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. SACR 14-0083-CJC |
| Plaintiff, ) | |
| ) | ORDER OF DETENTION |
| v. ) | |
| SEAN LIBBERT, ) | |
| Defendant. ) | |
| _____ ) | |

The Government's motion for review of the Magistrate Judge's release order and for detention of Defendant is **GRANTED**. The Court finds that no condition or combination of conditions will reasonably assure the appearance of Defendant as required and the safety of the community. The Court has considered (i) the nature and circumstances of the drug and firearm offenses charged; (ii) the weight of the evidence against Defendant; (iii) the history and characteristics of Defendant; and (iv) the nature and seriousness of the danger to the community.

As to flight risk, the grand jury returned a 16 count indictment charging Defendant with serious drug, firearm

1 and importation crimes.  Specifically, Defendant is
2 charged with manufacturing and distributing controlled
3 substance analogues that are known to seriously injure
4 and kill people.  Because of his prior felony drug
5 conviction, he now is potentially subject to a mandatory
6 minimum of life imprisonment.  Most concerning, Defendant
7 fled from justice on that prior felony drug conviction
8 rather than self-surrender to serve a 37 month sentence.
9 Defendant also has extensive foreign travel, business
10 ties in China, a history of substance and alcohol abuse,
11 prior usage of multiple aliases, and access to
12 significant cash and financial resources.
13     As to danger, Defendant is charged with very serious
14 drug firearm and importation crimes.  He also has
15 possessed numerous firearms and significant amounts of
16 ammunition, even though he knew he was prohibited from
17 possessing, carrying or discharging any weapon due to his
18 prior felony drug conviction.  He also has a troubling
19 criminal history that includes theft, burglary, hit and
20 run, DUI, possession with the intent to distribute
21 Ecstacy, and failure to appear and being a fugitive from
22 justice.
23     IT IS THEREFORE ORDERED that Defendant be detained
24 prior to trial.
25     IT IS FURTHER ORDERED that Defendant be committed to
26 the custody of the Attorney General for confinement in a
27 corrections facility separate, to the extent practicable,
28

from persons awaiting or serving sentences or being held in custody pending appeal.

IT IS FURTHER ORDERED that Defendant be afforded reasonable opportunity for private consultation with counsel.

IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which Defendant is confined deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

Dated: September 2, 2014

_____
HONORABLE CORMAC J. CARNEY
United States District Judge